■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD M. BROADWATER, Appellant. [688 NYS2d 335] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of robbery in the second degree (Penal Law § 160.10 [2] [a]). We reject defendant's contention that the evidence is legally insufficient to establish that the victim sustained a physical injury within the meaning of Penal Law § 10.00 (9). The victim sustained a one-inch laceration to

his wrist that required medical attention and a jammed thumb that swelled and "hurt like hell" for several days, impeding his work (*see, People v Sekoll*, 254 AD2d 797). We further conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). Defendant's contention that County Court erred in failing to give an adverse inference instruction is not preserved for our review (*see*, CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). (Appeal from Judgment of Onondaga County Court, Fahey, J.—Robbery, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.